IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**DARRELL W. MOODY**                          **PLAINTIFF**

**V.**                          **CIVIL ACTION NO. 2:23-cv-184-KS-MTP**

**CITY OF LAUREL,
MISSISSIPPI**                          **DEFENDANT**

**ORDER**

On November 26, 2023, Plaintiff filed his Complaint against Defendant for race discrimination and retaliation and among other things, requested punitive damages. On March 11, 2024, Defendant filed its Motion to Dismiss [5] at issue here. In its Motion to Dismiss, Defendant asserts that punitive damages against municipalities like it are not allowed. For support, Defendant cites *Newport v. Fact Concerts, Inc.*, 453 U.S. 247, 260 (1981), *Gil Ramirez Grp. v. Houston Indep. Sch. Dist.*, 786 F.3d 400, 412 (5th Cir. 2015), and *Webster v. City of Houston*, 735 F.2d 838 (5th Cir. 1984). In his response to Defendant's motion, Plaintiff voluntarily withdraws his claim for punitive damages only. [10] ¶ 3. Because Plaintiff has conceded his claim for punitive damages, the Court grants Defendant's motion. Therefore, Plaintiff's claims for punitive damages against the City of Laurel are dismissed with prejudice.

SO ORDERED AND ADJUDGED this 15th day of April 2024.

                                                         /s/ Keith Starrett
                                                         KEITH STARRETT
                                                         UNITED STATES DISTRICT JUDGE